# Court of Appeals
# of the State of Georgia

ATLANTA, March 18, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0165. HUDGENS v. CONOVER.**

Jordan D. Hudgens moves under Court of Appeals Rule 40(b) for an extension of time to file an application for discretionary appeal from the trial court's order denying his motion for new trial in a divorce case. He makes his request prior to the expiration of the period for filing his application, as required by Court of Appeals Rule 16(c). The motion is hereby GRANTED, and Hudgens has until April 17, 2026, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/18/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*